NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B.E. TECHNOLOGY, L.L.C.,**
*Appellant*

**v.**

**TWITTER, INC., GOOGLE LLC,**
*Cross-Appellants*

---

2023-1126, 2023-1127, 2023-1128, 2023-1130, 2023-1131, 2023-1132

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00482, IPR2021-00483, IPR2021-00484, IPR2021-00485.

---

## O R D E R

Upon consideration of the above-captioned cross-appeals,

IT IS ORDERED THAT:

The cross-appeals are consolidated, and thus one set of briefs should be filed for the 6 appeals. The revised official caption is reflected above. The certified lists are

2                           B.E. TECHNOLOGY, L.L.C. v. TWITTER, INC.

due no later than December 19, 2022.

                                        FOR THE COURT

November 17, 2022                       /s/ Peter R. Marksteiner
       Date                             Peter R. Marksteiner
                                        Clerk of Court