# United States Court of Appeals
# for the Federal Circuit

---

**B.E. TECHNOLOGY, L.L.C.,**

*Appellant*

**v.**

**TWITTER, INC., GOOGLE LLC,**

*Cross-Appellants*

---

2023-1126, 2023-1127, 2023-1128, 2023-1130, 2023-1131, 2023-1132

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00482, IPR2021-00483, IPR2021-00484, IPR2021-00485.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 13, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 19, 2024
Date

Jarrett B. Perlow
Clerk of Court